**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

| | | |
|---|---|---|
| **EZEQUIEL C. JURADO, GERARDO VELA,** | § | |
| **LINO RIOS, LUIS DE LA GARZA,** | § | |
| **DELFINA NELDA SANCHEZ,** | § | |
| **SAUL RAMIREZ, GILBERT FLORES,** | § | |
| **AND MIGUEL FLORES,** | § | |
| **Plaintiffs,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. M-13-CV-262** |
| | § | |
| **GUADALUPE "LUPE" TREVIÑO,** | § | |
| **SHERIFF OF HIDALGO COUNTY, TEXAS,** | § | |
| **AND HIDALGO COUNTY, TEXAS,** | § | |
| **Defendants.** | § | |

**PLAINTIFFS' DISCLOSURE OF INTERESTED PARTIES**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COME** EZEQUIEL C. JURADO, GERARDO VELA, LINO RIOS, LUIS DE LA

GARZA, DELFINA NELDA SANCHEZ, SAUL RAMIREZ, GILBERT FLORES, and MIGUEL

FLORES, Plaintiffs, and hereby certify that the following persons or entities have a financial

interest in the outcome of this litigation:

1. PLAINTIFF EZEQUIEL C. JURADO
Mission, Texas

2. PLAINTIFF GERARDO VELA
Edinburg, Texas

3. PLAINTIFF LINO RIOS
Edinburg, Texas

4. PLAINTIFF LUIS DE LA GARZA
Mission, Texas

5. PLAINTIFF DELFINA NELDA SANCHEZ
Edinburg, Texas

6. PLAINTIFF SAUL RAMIREZ
Edinburg, Texas

7. PLAINTIFF GILBERT FLORES
McAllen, Texas

8. PLAINTIFF MIGUEL FLORES
Mission, Texas

9.     DEFENDANT GUADALUPE "LUPE" TREVIÑO, SHERIFF OF HIDALGO COUNTY, TEXAS
       Edinburg, Texas

10.    DEFENDANT HIDALGO COUNTY, TEXAS
       Edinburg, Texas

11.    VALORIE C. GLASS, Counsel for Defendants Guadalupe "Lupe" Treviño, Sheriff of Hidalgo County, Texas and Hidalgo County, Texas
       McAllen, Texas

Respectfully submitted,

By: _____
JAMES P. GRISSOM
Federal ID No. 11417
Texas Bar No. 08511900
1111 W. Nolana Avenue
McAllen, Texas 78504-3747
Tel.  (956) 994-1127
Fax. (888) 400-6407
Attorney-in-Charge for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on July 25, 2013 a true and correct copy of Plaintiffs' Disclosure of Interested Parties has been electronically forwarded to all known counsel of record by the *USDC's ECF System*.

_____
JAMES P. GRISSOM