IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| EZEQUIEL C. JURADO, ET AL § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:13-CV-262 |
| § | |
| GUADALUPE "LUPE" TREVINO, SHERIFF OF § | |
| HIDALGO COUNTY, TEXAS, AND HIDALGO § | |
| COUNTY, TEXAS § | |

### NOTICE OF WITHDRAWAL OF MOTION TO COMPEL

Defendant HIDALGO COUNTY, TEXAS files this Notice to advise all parties that it is withdrawing its Motion to Compel (Dkt. No. 14) which was filed on November 5, 2013.

Respectfully submitted,

By: /s/ Valorie C. Glass
 Valorie C. Glass
 State Bar No. 00784135
 Federal I.D. No. 15303
 818 W. Pecan Blvd. (78501)
 P. O. Box 3725
 McAllen, Texas 78502
 Tel: (956) 682-5501
 Fax: (956) 686-6109
**ATTORNEY IN CHARGE FOR DEFENDANTS**

Of Counsel:
Rex N. Leach
State Bar No. 12086300
Federal I.D. No. 8244
ATLAS, HALL & RODRIGUEZ, LLP
818 W. Pecan Blvd. (78501)
P. O. Box 3725
McAllen, Texas 78502
Tel: (956) 682-5501
Fax: (956) 686-6109

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 14th day of November, 2013, a true and correct copy of the foregoing document was sent via electronic mail by the Clerk of the Court to the following counsel of record:

James P. Grissom  
Attorney at Law  
1111 W. Nolana Avenue  
McAllen, Texas  78504-3747

                                        /s/ Valorie C. Glass  
                                        Valorie C. Glass