IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| EZEQUIEL C. JURADO, GERARDO VELA, LINO RIOS, GILBERTO LOPEZ, LUIS DE LA GARZA, DELFINA NELDA SANCHEZ, SAUL RAMIREZ, GILBERTO FLORES, AND MIGUEL FLORES | ) ) ) ) ) ) ) | CIVIL ACTION NUMBER |
| VS. | ) ) ) | M-13-262 |
| GUADALUPE "LUPE" TREVIÑO SHERIFF OF HIDALGO COUNTY, TEXAS, AND HIDALGO COUNTY, TEXAS | ) ) ) ) | |

ORDER EXTENDING TIME
FOR COMPLETION OF DISCOVERY

The Parties' "Joint Motion to Extend Scheduling Order Deadlines" having been presented to the Court, the Court is of the opinion that said motion should be granted to the extent stated below.

It is, therefore, ORDERED, ADJUDGED and DECREED that the time for completion of discovery in this case is extended until May 3, 2014.

The pretrial conference previously scheduled for March 6, 2014, is reset to June 5, 2014, at 2:30 p.m., before this Court in the 10th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas. Counsel shall submit a proposed Joint Pretrial Order following the format prescribed by the Local Rules of the United States District Court for the Southern District of Texas, on or before May 29, 2014.



The deadline for filing of motions and joinder of parties is extended to May 13, 2014.

Except for the above, the Rule 16 F.R.C.P. Scheduling Order in this case dated August 7, 2013, remains fully in effect.

The Clerk shall send a copy of this order to counsel for the parties.

DONE on this 18th day of December, 2013, at McAllen, Texas.

_____
Ricardo H. Hinojosa
CHIEF U.S. DISTRICT JUDGE