| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

EZEQUIEL C. JURADO ET AL                §

versus                                                      §   CIVIL ACTION No. 7:13-262

GUADALUPE "LUPE" TREVINO ET AL   §

## ORDER STRIKING DOCUMENT

The Clerk has noted the filing of your <u>Notice of Request for Extended Pretrial Conference to Include Time to Argue Pending Motions (D.E. #34);</u> however, it is deficient as checked. (L.R. refers to the Local Rule of this District).

1. ❑ Document is not signed (L.R. 11.3).

2. ❑ Document does not comply with L.R.11.3.A.

3. ❑ Caption of the document is incomplete (L.R.10.1).

4. ❑ No certificate of service or explanation why service is not required (L.R. 5.3).

5. **X** Motion does not comply with L.R.7

    a. **X** No statement of opposition or non-opposition (L.R. 7.1.D(2)).

    b. **X** No statement of conference between counsel (L.R. 7.1.D(1)).

    c. ❑ No separate proposed order attached (L.R. 7.1.C).

6. ❑ Motion to consolidate does not comply with L.R.7.6.

7. ❑ Other: _____

The document is stricken from the record.

Date: May 13, 2014

_____
RICARDO H. HINOJOSA
CHIEF U.S. DISTRICT JUDGE