IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| EZEQUIEL C. JURADO, ET AL | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:13-CV-262 |
| | § | |
| GUADALUPE "LUPE" TREVINO, SHERIFF OF HIDALGO COUNTY, TEXAS, AND HIDALGO COUNTY, TEXAS | § § § | |

**DEFENDANTS' OBJECTIONS TO EXTENSION OF ALL SCHEDULING ORDER DEADLINES**

TO THE HONORABLE U.S. DISTRICT JUDGE:

Hidalgo County, Texas and Guadalupe Trevino, defendants in the above-entitled and numbered cause, file this response to Plaintiffs' Motion for Extension of Scheduling Order Deadlines and would respectfully show the Court as follows:

1. Plaintiffs filed a motion to extend all of the scheduling order deadlines in the December 18, 2013 Order, including the deadline for joinder of parties. [Document 21]. Defendants object to Plaintiffs' motion for extension of Scheduling Order Deadlines to the extent that it seeks to allow an additional 90 days for joinder of additional plaintiffs.

2. At the initial scheduling conference held on August 7, 2013, plaintiffs' counsel told the Court that he would be amending his complaint to add five (5) additional plaintiffs; the Court instructed Mr. Grissom to bring in additional plaintiffs, if any, on or before September 10, 2013:

> Minute Entry for proceedings held before Chief Judge Ricardo H. Hinojosa. Case called on the docket for INITIAL PRETRIAL AND SCHEDULING CONFERENCE on 8/7/2013. All parties present. Court notes there are no pending motions. Court inquires as to why parties are requesting until February 2014 for discovery. Discussions held. Court announced a DCO for 6 months will be issued. Mr. Grissom then informs the Court that he will be amending his petition to add five more Plaintiffs. Mr. Grissom requests for 15

    days to do so; deadline to file 9/10/2013. Appearances: James Patrick Grissom, Valorie Glass, Rex N Leach. (ERO: Tony Tijerina (3:14-3:17), filed.(nvaldez, ) (Entered: 08/20/2013)

3. Plaintiffs filed a second amended petition which added several more plaintiffs and there are currently 11 plaintiffs in this matter. This is an employment case involving eleven former employees of the Hidalgo County Sheriff's Office ("HCSO"); some were discharged for cause and others voluntarily resigned. Each Plaintiff's separation from HCSO involves different facts, different timeframes, and different players. Most are alleging claims of political retaliation, although at least one plaintiff is claiming a whistleblower/Sabine Pilot cause of retaliation. Defendants will be moving the Court for separate trials and severance.

4. The parties have been engaged in discovery for over nine months and pursuant to the December scheduling order, Hidalgo County has timely filed summary judgments seeking summary dismissal of nine (9) of the plaintiffs. Plaintiffs have not responded to any of the summary judgments.

5. Because the Court previously admonished plaintiffs' counsel to add any additional parties before September 10, 2013 and because discovery has concluded as to the 11 current plaintiffs, Defendants object to the request of plaintiffs' counsel to provide an additional 90 days for joinder of parties.

6. Defendants are not opposed to the remaining request of plaintiffs' counsel.

    WHEREFORE PREMISES CONSIDERED, Defendants pray that Plaintiffs' Motion for Extension of Time be partially denied as stated herein, and for such other and further relief to which Defendants may be entitled.

                                        Respectfully submitted,

                                        By:  /s/ Valorie C. Glass
                                                Valorie C. Glass
                                                State Bar No. 00784135
                                                Federal I.D. No. 15303
                                                818 W. Pecan Blvd. (78501)
                                                P. O. Box 3725
                                                McAllen, Texas 78502
                                                Tel:   (956) 682-5501
                                                Fax:   (956) 686-6109
                                        **ATTORNEY IN CHARGE FOR DEFENDANTS**

Of Counsel:
Rex N. Leach
State Bar No. 12086300
Federal I.D. No. 8244
ATLAS, HALL & RODRIGUEZ, LLP
818 W. Pecan Blvd. (78501)
P. O. Box 3725
McAllen, Texas 78502
Tel:   (956) 682-5501
Fax:   (956) 686-6109

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of May, 2014, a true and correct copy of the foregoing document was sent via electronic mail by the Clerk of the Court to the following counsel of record:

James P. Grissom
Attorney at Law
1111 W. Nolana Avenue
McAllen, Texas  78504-3747

Carlos Hernandez, Jr.
Law Offices of Carlos Hernandez, Jr., P.C.
200 East Cano
Edinburg, Texas 78539

                                                /s/ Valorie C. Glass
                                                Valorie C. Glass