## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | |
|---|---|
| EZEQUIEL C. JURADO, ET AL § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:13-CV-262 |
| § | |
| GUADALUPE "LUPE" TREVINO, SHERIFF OF § | |
| HIDALGO COUNTY, TEXAS, AND HIDALGO § | |
| COUNTY, TEXAS § | |

### DEFENDANTS' NOTICE OF APPEARANCE OF SUSAN SULLIVAN AS ADDITIONAL COUNSEL

GUADALUPE "LUPE" TREVINO, Sheriff of Hidalgo County and HIDALGO COUNTY, TEXAS, Defendants in the above-entitled and numbered cause, file this *Notice of Appearance of Susan Sullivan as Additional Counsel* as follows:

1. Defendants designate as additional counsel on their behalf: SUSAN SULLIVAN of the law firm of ATLAS, HALL & RODRIGUEZ, LLP. Her State Bar Number is 11546700. Her address, telephone number, fax number and email address are as follows:

   818 W. Pecan Blvd. (78501)
   P. O. Box 3725
   McAllen, Texas 78502-3725
   Telephone: 956-682-5501
   Fax: 956-686-6109
   Email: ssullivan@atlashall.com

2. Defendants request that the parties and the United States District Clerk place SUSAN SULLIVAN on the service list (including the electronic service list) for purposes of forwarding all correspondence, papers, pleadings, notices and other matters from the Court and the parties.

Respectfully submitted,

By: /s/ Valorie C. Glass
    Valorie C. Glass
    State Bar No. 00784135
    Federal I.D. No. 15303
    818 W. Pecan Blvd. (78501)
    P. O. Box 3725
    McAllen, Texas 78502
    Tel:   (956) 682-5501
    Fax:   (956) 686-6109
**ATTORNEY IN CHARGE FOR DEFENDANTS**

Of Counsel:
Rex N. Leach
State Bar No. 12086300
Federal I.D. No. 8244
Susan Sullivan
State Bar No. 11546700
Federal I.D. No. 13144
ATLAS, HALL & RODRIGUEZ, LLP
818 W. Pecan Blvd. (78501)
P. O. Box 3725
McAllen, Texas 78502
Tel:   (956) 682-5501
Fax:   (956) 686-6109

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 28th day of May, 2014, a true and correct copy of the foregoing document was sent via electronic mail by the Clerk of the Court to the following counsel of record:

James P. Grissom
Attorney at Law
1111 W. Nolana Avenue
McAllen, Texas  78504-3747

Carlos Hernandez, Jr.
Law Offices of Carlos Hernandez, Jr., P.C.
200 East Cano
Edinburg, Texas 78539

/s/ Valorie C. Glass
Valorie C. Glass